

# Fourth Court of Appeals
## San Antonio, Texas

February 15, 2022

No. 04-21-00544-CV

**IN THE INTEREST OF B.C.S**., a Child,

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01057
Honorable Linda A. Rodriguez, Judge Presiding

# O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. The disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal is filed. *Id.*

Appellant's brief was originally due to be filed on January 19, 2022. After neither the brief nor a motion for extension of time to file the brief was filed, we ordered that appellant's brief must be filed by February 11, 2022. On February 11, 2022, appellant filed a motion for extension of time to file the brief, asserting that counsel for appellant has filed a motion to withdraw and appellant's substitute counsel will need additional time to prepare and file the brief. Therefore, we ORDER that appellant's brief must be filed **no later than March 2, 2022.** Given the time constraints governing the disposition of this appeal, **no further extensions of time will be allowed.**

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of February, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court